**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

J.L.M.,

Petitioner,

-against-

MARKWAYNE MULLIN, et al.,

Respondents.

-----------------------------------------------------------X

26 **CIVIL** 5875 (VSB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 30, 2026, J.L.M.'s Petition is GRANTED. The Government shall provide an individualized bond hearing to Petitioner to determine whether his continued detention is justified within thirty days of the Opinion & Order.

**DATED:** New York, New York
November 2, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**